UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

SONY BMG MUSIC ENTERTAINMENT, a
Delaware general partnership; BMG MUSIC, a New
York general partnership; UMG RECORDINGS,
INC., a Delaware corporation; ARISTA RECORDS
LLC, a Delaware limited liability company;              Hon.: Corbett O'Meara
MAVERICK RECORDING COMPANY, a California
joint venture; and INTERSCOPE RECORDS, a               Case: 05-60265
California general partnership,

        Plaintiffs,

v.

YOSHINORI WAKUGAWA,

        Defendant.                                                                 /

## ORDER OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the fifteen sound recordings listed in Exhibit A to the Complaint.  Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Eleven Thousand Two Hundred Fifty Dollars ($11,250.00).]

2.    Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Two Hundred Fifty Six Dollars Twenty Six cents ($ 256.26).

3.    Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Brown Eyes," on album "Survivor," by artist "Destiny's Child" (SR# 289-199);
- "Get the Fuck Back," on album "Word of Mouf," by artist "Ludacris" (SR# 304-605);

- "Right Here," on album "It's About Time," by artist "SWV" (SR# 146-905);
- "Dear Lie," on album "Fanmail," by artist "TLC" (SR# 298-454);
- "Greatest Love of All," on album "Whitney Houston," by artist "Whitney Houston" (SR# 60-716);
- "All I've Ever Wanted," on album "Music Box," by artist "Mariah Carey" (SR# 178-631);
- "I'm With You," on album "Let Go," by artist "Avril Lavigne" (SR# 312-786);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

        s/John Corbett O'Meara
        John Corbett O'Meara
        United States District Judge

Dated: May 15, 2006